# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2017

154945

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* HEARD/BRUCE, Minors.

SC: 154945
COA: 331676
Wayne CC Family Division:
13-511403-NA

_____/

On order of the Court, the application for leave to appeal the November 17, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2017



Clerk

p0110